No. 97–1647.  KUCERA v. UNITED NEBRASKA BANK.  Ct. App. Neb.  Certiorari denied.

No. 97–1662.  CLARK v. ROY ANDERSON CORP. ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 97–1663.  WILLOUGHBY v. FIELDS ET AL.  C. A. 11th Cir. Certiorari denied.

No. 97–1687.  ARMENIS v. CRAMER.  C. A. 11th Cir.  Certiorari denied.

No. 97–1689.  BLACKBURN, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF BABY BOY DOE, DECEASED v. BLUE MOUNTAIN WOMEN'S CLINIC ET AL.  Sup. Ct. Mont. Certiorari denied.

No. 97–1691.  PERRY v. MISSOURI.  Ct. App. Mo., Southern Dist.  Certiorari denied.

No. 97–1694.  HOME SAVINGS OF AMERICA v. MAYNARD.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 97–1720.  BOWER v. ILLINOIS.  App. Ct. Ill., 3d Dist.  Certiorari denied.

No. 97–1737.  HOOVLER ET AL. v. INDIANA ET AL.  Ct. App. Ind.  Certiorari denied.

No. 97–1758.  CARLSON v. NEBRASKA STATE BANK (two judgments).  Ct. App. Neb.  Certiorari denied.

No. 97–5623.  BOOTH ET AL. v. MARYLAND ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 97–7275.  SANCHEZ-ZUBIA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 97–7630.  MILLER v. UNITED STATES; and
No. 97–8083.  ARROYO ET AL. v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.  Reported below: 116 F. 3d 641.

No. 97–7644.  CHASE ET AL. v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.